WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 75-CC-90—

IRVING H. TRACER, M.D., SC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed December 6, 1974.*

IRVING H. TRACER, M.D., SC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 75-CC-128—

PHYLLIS E. LUDMANN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 6, 1974.*

PHYLLIS E. LUDMANN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.